AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, William E. | U.S. Court of Appeals, 5th Cir | 07/20/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

800 Lafayette St.
Suite 5100
Lafayette, LA 70501

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Partnership composed of Michael R. Morton and me on property listed under Item VII. Partnership exists solely to own and rent real estate. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

$\boxed{\checkmark}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

$\square$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/16 | Tanner Companies, Inc. (self-employed retail sales-woman's clothing (S)) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

$\boxed{\checkmark}$ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney National Bank, successor to First National Bank, Lafayette, LA 70509 | An in rem mortgage (no personal liability) is in effect on office building and warehouse | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Checking acct. Whitney Bank Lafayette, LA | | None | J | T | | | | | |
| 2. 1/2 Interest-New Iberia,LA,office building & warehouse | D | Rent | M | W | | | | | |
| 3. Common stock, Land Coast Insulation, Inc. | | None | L | W | | | | | |
| 4. Vanguard Shrot Term Tax Exe (1/2 interest) | A | Interest | K | T | Buy (add'l) | 08/18/16 | J | | |
| 5. | | | | | Buy (add'l) | 09/19/16 | J | | |
| 6. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 7. | | | | | Sold (part) | 02/18/16 | J | A | |
| 8. | | | | | Sold (part) | 01/26/16 | J | A | |
| 9. | | | | | Sold (part) | 02/18/16 | J | A | |
| 10. | | | | | Sold (part) | 02/04/16 | J | A | |
| 11. Short Term Tax Exempt Inv (VWSTX) | A | Dividend | K | T | Buy (add'l) | 04/01/16 | J | | |
| 12. | | | | | Sold (part) | 02/16/16 | J | A | |
| 13. | | | | | Sold (part) | 07/12/16 | J | A | |
| 14. | | | | | Sold (part) | 12/31/16 | J | A | |
| 15. Regions Bank CD | A | Dividend | J | T | | | | | |
| 16. Edge Petroleum | A | Royalty | J | T | | | | | |
| 17. Home Bank Stock | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. Western Asset (C) | | None | | | Sold | 01/08/16 | J | A | |
| 19. CS███ | | | | | | | | | |
| 20. Charles Schwab Money Market | | None | J | T | | | | | |
| 21. Virtus Foreign Opp (JVIAX) | | None | K | T | | | | | |
| 22. Vanguard Intl Explorer Fd (VINEX) | | None | K | T | | | | | |
| 23. Fedeility Latin America FD (FLATX) | | None | J | T | | | | | |
| 24. Matthews Pacific Tiger (MAPTX) | | None | J | T | | | | | |
| 25. Matthews Asia Small (MSMLX) | D | Distribution | J | T | | | | | |
| 26. T Rowe Price New Asia Fd (PRASX) | | None | J | T | | | | | |
| 27. Oakmark International I (OAKIX) | | None | K | T | | | | | |
| 28. CS███ (H) | | | | | | | | | |
| 29. Charles Schwab Money Market | | None | | | Merged (with line 40) | 01/08/16 | J | | |
| 30. CS███ (H) | | | | | | | | | |
| 31. Charles Schwab Money Market | A | Dividend | K | T | | | | | |
| 32. Vanguard Short Term (VFSUX) | B | Dividend | L | T | | | | | |
| 33. Louisiana Loc Govt ███ | A | Interest | K | T | | | | | |
| 34. Vanguard Div Growth Fd (VDIGX) | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. Vanguard Total Stk Mkt (VTSAX) | B | Dividend | M | T | | | | | |
| 36. Target Retirement 2010 (VTENX) | D | Dividend | M | T | | | | | |
| 37. CS___ (H) | | | | | | | | | |
| 38. Monlag & Caldwell Growth (MCGFX) | A | Distribution | J | T | | | | | |
| 39. CS___ (H) | | | | | | | | | |
| 40. Charles Schwab Money Market | A | Dividend | L | T | | | | | |
| 41. Bed Bath & Beyond (BBBY) | | None | | | Sold | 01/08/16 | J | A | |
| 42. Broad Based Cnsm Cr II | | None | M | T | | | | | |
| 43. Cisco Systems Inc. (CSCO) | A | Dividend | | | Sold | 01/08/16 | J | A | |
| 44. CVS Corp (CVS) | | None | | | Sold | 01/08/16 | J | C | |
| 45. Honda Motor Co (HMC) | A | Dividend | | | Sold | 01/08/16 | J | A | |
| 46. Ishares Russell (IWD) | A | Dividend | K | T | | | | | |
| 47. Johnson & Johnson (JNJ) | | None | | | Sold | 01/08/16 | J | A | |
| 48. Longlwaf Small Cap (LLSCX) | E | Dividend | L | T | | | | | |
| 49. Medtronic Inc. (MDT) | A | Dividend | | | Sold | 01/08/16 | J | A | |
| 50. Microsoft Corp (MSFT) | | None | | | Sold | 01/08/16 | K | D | |
| 51. Oakmark International 1 (OAKIX) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 07/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. PNC Finl Services Gp Inc (PNC) | | None | | | Sold | 01/08/16 | J | B | |
| 53. Principal Midcap Inst (PCBIX) | B | Dividend | L | T | | | | | |
| 54. Qualcomm Inc. | | None | | | Sold | 01/08/16 | J | A | |
| 55. Sun Trust Banks (STI) | | None | | | Sold | 01/08/16 | J | A | |
| 56. Spdr S&P 500 Etf (SPY) | C | Dividend | M | T | | | | | |
| 57. Target Corp (TGT) | | None | | | Sold | 01/08/16 | K | B | |
| 58. Thornburg Developing World (THDIX) | A | Dividend | | | Sold | 12/23/16 | J | A | |
| 59. Tortoise Mlp & Pipeline (TORTX) | A | Dividend | K | T | | | | | |
| 60. US Bancorp (USB) | A | Dividend | | | Sold | 01/08/16 | J | B | |
| 61. Vanguard Dividend Appreciation Eft | B | Dividend | M | T | | | | | |
| 62. Vanguard Small-Cap Etf | | None | | | Sold | 01/08/16 | L | A | |
| 63. Wells Fargo & Company (WFC) | | None | | | Sold | 01/08/16 | J | B | |
| 64. Wal-Mart Stores Inc (WMT) | A | Dividend | | | Sold | 01/08/16 | K | A | |
| 65. Schwab Emerging Market Equity ETF (SCHE) | | None | J | T | Buy | 04/01/16 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E. | 07/20/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William E. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544